IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTL INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-2356 (CFC) |
| | ) | |
| ALLERGAN USA, INC., ALLERGAN, INC., ZELTIQ AESTHETICS, INC., ZIMMER MEDIZINSYSTEMS CORPORATION and ZIMMER MEDIZINSYSTEME GMBH, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ZIMMER MEDIZINSYSTEMS CORPORATION'S
MOTION TO DISMISS THE COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3) and 12(b)(6), Defendant Zimmer MedizinSystems Corporation moves to dismiss Plaintiff's Complaint for lack of standing, lack of personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the Opening Brief submitted herewith.

A proposed form of Order is attached hereto.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jack B. Blumenfeld* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Jeremy A. Tigan (#5239) |
| Justin P.D. Wilcox | 1201 North Market Street |
| Kerri-Ann Limbeek | P.O. Box 1347 |
| Karl Mullen | Wilmington, DE  19899 |
| Jun Tong | (302) 658-9200 |
| DESMARAIS LLP | jblumenfeld@mnat.com |
| 230 Park Avenue | jtigan@mnat.com |
| New York, NY  10169 | |
| (212) 351-3400 | *Attorneys for Defendants* |
| April 17, 2020 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTL INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2356 (CFC) |
| | ) |
| ALLERGAN USA, INC., ALLERGAN, INC., ZELTIQ AESTHETICS, INC., ZIMMER MEDIZINSYSTEMS CORPORATION and ZIMMER MEDIZINSYSTEME GMBH, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Defendant Zimmer MedizinSystems Corporation having moved to dismiss the Complaint, and the Court having considered the positions of the parties on that motion,

It is hereby ordered that:

(1) Defendant's motion to dismiss is granted; and

(2) The Complaint against Defendant Zimmer MedizinSystems Corporation is hereby dismissed.

_____
District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 17, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| J.C. Rozendaal, Esquire<br>Michael E. Joffre, Esquire<br>Chandrika Vira, Esquire<br>Anna G. Phillips, Esquire<br>STERNE, KESSLER, GOLDSTEIN<br>   & FOX P.L.L.C.<br>1100 New York Avenue, NW, Suite 600<br>Washington, DC  20005<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)