IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTL INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN USA, INC., ALLERGAN, INC., ZELTIQ AESTHETICS, INC., ZIMMER MEDIZINSYSTEMS CORPORATION and ZIMMER MEDIZINSYSTEME GMBH,<br><br>Defendants. | ) | C.A. No. 19-2356 (CFC) |

**DEFENDANT ZIMMER MEDIZINSYSTEME GMBH'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), Defendant Zimmer MedizinSysteme GmbH moves to dismiss Plaintiff's Complaint for lack of standing, lack of personal jurisdiction and failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the Opening Brief submitted herewith.

A proposed form of Order is attached hereto.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Justin P.D. Wilcox
Kerri-Ann Limbeek
Karl Mullen
Jun Tong
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400

April 17, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTL INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN USA, INC., ALLERGAN, INC., ZELTIQ AESTHETICS, INC., ZIMMER MEDIZINSYSTEMS CORPORATION and ZIMMER MEDIZINSYSTEME GMBH,<br><br>Defendants. | ) | C.A. No. 19-2356 (CFC) |

**ORDER**

Defendant Zimmer MedizinSysteme GmbH having moved to dismiss the Complaint, and the Court having considered the positions of the parties on that motion,

It is hereby ordered that:

(1) Defendant's motion to dismiss is granted; and

(2) The Complaint against Defendant Zimmer MedizinSysteme GmbH is hereby dismissed.

______________________________
District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 17, 2020, upon the following in the manner indicated:

Karen E. Keller, Esquire *VIA ELECTRONIC MAIL*
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiff*

J.C. Rozendaal, Esquire *VIA ELECTRONIC MAIL*
Michael E. Joffre, Esquire
Chandrika Vira, Esquire
Anna G. Phillips, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, NW, Suite 600
Washington, DC 20005
*Attorneys for Plaintiff*

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)