**REDACTED - PUBLIC VERSION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTL INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN USA, INC., ALLERGAN, INC., ZELTIQ AESTHETICS, INC., AND ZIMMER MEDIZINSYSTEME GMBH,<br><br>Defendants. | Civil Action No. 19-2356-CFC |

**AFFIDAVIT OF ARMIN ZIMMER IN SUPPORT OF
DEFENDANT ZIMMER MEDIZINSYSTEME GMBH'S
REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

I, Armin Zimmer, declare:

1. My name is Armin Zimmer, I am over the age of 18 years, and I am the chief executive officer ("CEO") of Zimmer MedizinSysteme GmbH.

2. Based on my position, experience, and review of relevant corporate records and information, I have personal knowledge of the facts set forth below, which I believe to be truthful and accurate, and to which I could and would competently testify if called as a witness.

3. Zimmer MedizinSysteme GmbH is not involved in any marketing activities related to the CoolTone™ device in the United States or anywhere else in the world.

4. Zimmer MedizinSysteme GmbH is not aware of any marketing activities related to the CoolTone™ device directed at Delaware.

5. Zimmer MedizinSysteme GmbH does not perform any manufacturing in the United States. Zimmer MedizinSysteme GmbH manufactures the CoolTone™ devices in Germany. Zimmer MedizinSysteme GmbH does not manufacture any applicator covers for the CoolTone™ devices.

6. 

7. 

I certify under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on May 21, 2020, in Neu-Ulm Germany.

/s/ A. Zimmer
Armin Zimmer
CEO
Zimmer MedizinSysteme GmbH

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 22, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| J.C. Rozendaal, Esquire<br>Michael E. Joffre, Esquire<br>Chandrika Vira, Esquire<br>Anna G. Phillips, Esquire<br>STERNE, KESSLER, GOLDSTEIN<br>   & FOX P.L.L.C.<br>1100 New York Avenue, NW, Suite 600<br>Washington, DC  20005<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

_____

Jack B. Blumenfeld (#1014)