

Karen E. Keller
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

May 28, 2020

**BY CM/ECF**
The Honorable Colm F. Connolly
United States District Court
844 N. King Street
Wilmington, DE  19801

Re:   *BTL Industries, Inc. v. Allergan USA, Inc. et al*, C.A. No. 19-2356-CFC

Dear Judge Connolly:

     Pursuant to Local Rule 7.1.4, BTL Industries, Inc. respectfully requests oral argument on Defendant Zimmer MedizinSysteme GmbH's Motion to Dismiss (D.I. 22). The parties completed briefing on May 22, 2020 and the motion papers are located at Docket Items 23, 24, 33, 40 and 41.

                        Respectfully,

                        */s/ Karen E. Keller*

                        Karen E. Keller (No. 4489)

cc:   Clerk of the Court (via CM/ECF)
       All Counsel of Record (via electronic mail)