IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTL INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2356 (CFC) |
| | ) |
| ALLERGAN USA, INC., ALLERGAN, INC., ZELTIQ AESTHETICS, INC. and ZIMMER MEDIZINSYSTEME GMBH, | ) ) ) ) |
| | ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER GRANTING STIPULATION TO STAY

**WHEREAS**, Plaintiff BTL Industries, Inc. ("BTL") and Defendants Allergan USA, Inc., Allergan, Inc., Zeltiq Aesthetics, Inc., and Zimmer Medizinsysteme GMBH (collectively, "Defendants") have stipulated, subject to approval of the Court, to stay this civil action in its entirety until a parallel proceeding before the United States International Trade Commission ("ITC") becomes final, including all appeals;

**WHEREAS**, a stay is required as to the '634 patent pursuant to 28 U.S.C. § 1659; and

**WHEREAS**, the parties have requested that the Court exercise its discretion to stay this civil action with respect to the '293 patent;

**IT IS HEREBY ORDERED THAT**

This civil action is stayed until thirty (30) days after the determination of the ITC in Inv. No. 337-TA-1219 becomes final under 28 U.S.C. § 1659.

SO ORDERED, this 1st day of October, 2020.

_____
The Honorable Colm F. Connolly
United States District Court Judge